

# Weston Hurd LLP
### Attorneys at Law

Gary W. Johnson
216.687.3295
GJohnson@westonhurd.com

March 31, 2016

Francis P. Manning, Esq.
Manning & Manning Co., LPA
6982 Spinach Drive
Mentor, Ohio 44060

Re: DANIELS SHARPSMART VS. COMPREHENSIVE WASTE, ET AL.
OUR FILE #82703

Dear Francis:

I am enclosing as promised the listing of funds which Daniels Sharpsmart is owed for the time period of October 31, 2013 through August 31, 2015. Most of the amounts are for 2015. This is their reconciliation.

I will try to get more details from my client if you have additional questions.

Very truly yours,

GARY W. JOHNSON

GWJ\lmw

Enc.

The Tower at Erieview
1301 East 9th Street, Suite 1900, Cleveland, Ohio 44114-1862
tel 216.241.6602 ▪ fax 216.621.8369 ▪ www.westonhurd.com

Cleveland ▪ Columbus ▪ Beachwood
*MSI Global Alliance Independent Member Firm*

| Customer/Location | Name | Type | Ref # | Date | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| 000312 / 000000 | UHHS/CSAHS-CUYAHOGA INC | Invoice | 150597 | 10/31/13 | | | | | $44.00 | |
| | | Invoice | 183267 | 11/30/14 | | | | | $123.12 | |
| | | Invoice | 189976 | 02/28/15 | | | | | $1,545.89 | |
| | | Invoice | 192268 | 03/01/15 | | | | | $3,185.00 | |
| | | Invoice | 196656 | 04/30/15 | | | | | $1,841.07 | |
| | | Invoice | 199040 | 05/01/15 | | | | | $3,082.26 | |
| | | Invoice | 200223 | 05/31/15 | | | | | $102.74 | |
| | | Invoice | 210666 | 08/31/15 | | | | | $1,603.58 | $11,527.66 |
| 000313 / 000000 | University Hospitals Case Medical Center | Invoice | 173078 | 08/31/14 | | | | | $447.64 | |
| | | Invoice | 180706 | 11/30/14 | | | | | $5,077.00 | |
| | | Invoice | 186970 | 01/31/15 | | | | | $10,551.51 | |
| | | Invoice | 189977 | 02/28/15 | | | | | $9,987.84 | |
| | | Invoice | 192269 | 03/01/15 | | | | | $17,683.75 | |
| | | Invoice | 196657 | 04/30/15 | | | | | $20,179.00 | |
| | | Invoice | 199041 | 05/01/15 | | | | | $17,333.47 | |
| | | Invoice | 203532 | 06/30/15 | | | | | $3,371.62 | |
| | | Invoice | 207348 | 07/31/15 | | | | | $10,790.04 | |
| | | Invoice | 210667 | 08/31/15 | | | | | $9,731.42 | $105,153.29 |
| 000314 / 000000 | University Hospitals Geneva Medical Cent | Invoice | 154307 | 12/31/13 | | | | | $249.70 | |
| | | Invoice | 186971 | 01/31/15 | | | | | $304.30 | |
| | | Invoice | 189978 | 02/28/15 | | | | | $250.99 | |
| | | Invoice | 192270 | 03/01/15 | | | | | $805.00 | |
| | | Invoice | 193239 | 03/31/15 | | | | | $22.00 | |
| | | Invoice | 196658 | 04/30/15 | | | | | $479.58 | |
| | | Invoice | 199042 | 05/01/15 | | | | | $779.04 | |
| | | Invoice | 199700 | 05/08/15 | | | | | ($13.92) | |
| | | Invoice | 200225 | 05/31/15 | | | | | $469.92 | |
| | | Invoice | 207149 | 07/31/15 | | | | | $490.09 | |
| | | Invoice | 210668 | 08/31/15 | | | | | $322.92 | $4,159.62 |
| 000315 / 000000 | University Hospitals Conneaut Medical Ce | Invoice | 154308 | 12/31/13 | | | | | $24.64 | |
| | | Invoice | 186972 | 01/31/15 | | | | | $348.08 | |
| | | Invoice | 189979 | 02/28/15 | | | | | $377.38 | |
| | | Invoice | 192271 | 03/01/15 | | | | | $883.75 | |
| | | Invoice | 196659 | 04/30/15 | | | | | $457.08 | |
| | | Invoice | 199043 | 05/01/15 | | | | | $855.25 | |

| | | | | |
|---|---|---|---|---|
| Invoice | 200226 | 05/31/15 | $425.24 | |
| Invoice | 203534 | 06/30/15 | $3.98 | |
| Invoice | 207150 | 07/31/15 | $489.80 | |
| Invoice | 210669 | 08/31/15 | $466.79 | |
| 000317 / 000000 | University Hospitals Bedford Medical Cen | | | $4,331.99 |
| Invoice | 165738 | 05/31/14 | $691.07 | |
| Invoice | 183911 | 12/31/14 | $183.00 | |
| Invoice | 186973 | 01/31/15 | $888.72 | |
| Invoice | 189980 | 02/28/15 | $739.95 | |
| Invoice | 192272 | 03/01/15 | $1,548.75 | |
| Invoice | 193241 | 03/31/15 | $148.00 | |
| Invoice | 196660 | 04/30/15 | $844.78 | |
| Invoice | 199044 | 05/01/15 | $1,498.79 | |
| Invoice | 200227 | 05/31/15 | $982.06 | |
| Invoice | 203535 | 06/30/15 | $62.00 | |
| Invoice | 207151 | 07/31/15 | $901.50 | |
| Invoice | 210670 | 08/31/15 | $774.39 | |
| 000318 / 000000 | University Hospitals Geauga Medical Cent | | | $9,263.01 |
| Invoice | 152373 | 11/30/13 | $38.00 | |
| Invoice | 183269 | 11/30/14 | $4.00 | |
| Invoice | 186974 | 01/31/15 | $1,182.32 | |
| Invoice | 189981 | 02/28/15 | $1,378.92 | |
| Invoice | 192273 | 03/01/15 | $2,423.75 | |
| Invoice | 196661 | 04/30/15 | $1,466.71 | |
| Invoice | 199045 | 05/01/15 | $2,345.57 | |
| Invoice | 200228 | 05/31/15 | $1,517.76 | |
| Invoice | 203536 | 06/30/15 | $171.34 | |
| Invoice | 206159 | 07/01/15 | ($74.67) | |
| Invoice | 207152 | 07/31/15 | $1,749.74 | |
| Invoice | 210671 | 08/31/15 | $1,482.22 | |
| 000319 / 000000 | University Hospitals Richmond Medical Ce | | | $13,685.66 |
| Invoice | 152374 | 11/30/13 | $76.00 | |
| Invoice | 154311 | 12/31/13 | $43.06 | |
| Invoice | 162368 | 04/01/14 | $1,828.75 | |
| Invoice | 183270 | 11/30/14 | $46.56 | |
| Invoice | 186975 | 01/31/15 | $673.19 | |
| Invoice | 189982 | 02/28/15 | $679.64 | |
| Invoice | 192274 | 03/01/15 | $1,855.00 | |
| Invoice | 196362 | 03/31/15 | $56.58 | |
| Invoice | 196652 | 04/30/15 | $696.06 | |
| Invoice | 199046 | 05/01/15 | $1,879.85 | |
| Invoice | 200229 | 05/31/15 | $806.84 | |

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice | 207153 | 07/31/15 | $852.05 |
| | | Invoice | 210672 | 08/31/15 | $871.70 | $10,365.28 |
| 000320 / 000000 | Southwest General | | | | |
| | | Invoice | 160531 | 03/31/14 | $3,953.57 |
| | | Invoice | 186976 | 01/31/15 | $3,644.97 |
| | | Invoice | 189983 | 02/28/15 | $3,706.94 |
| | | Invoice | 192225 | 03/01/15 | $5,293.75 |
| | | Invoice | 196663 | 04/30/15 | $4,053.95 |
| | | Invoice | 199047 | 05/01/15 | $5,122.99 |
| | | Invoice | 200230 | 05/31/15 | $29.91 |
| | | Invoice | 210673 | 08/31/15 | $4,032.70 | $29,838.85 |
| 000322 / 000000 | UH Ambulatory | | | | |
| | | Invoice | 165742 | 05/31/14 | $5,678.21 |
| | | Invoice | 175471 | 09/30/14 | $5,877.00 |
| | | Invoice | 178013 | 10/31/14 | $3,862.75 |
| | | Invoice | 183905 | 12/31/14 | $3,271.17 |
| | | Invoice | 186100 | 01/01/15 | $1,715.24 |
| | | Invoice | 186101 | 1/31/15 | $70.00 |
| | | Invoice | 186700 | 01/31/15 | $119.40 |
| | | Invoice | 186977 | 01/31/15 | $3,583.17 |
| | | Invoice | 186978 | 01/31/15 | $12.70 |
| | | Invoice | 189197 | 02/01/15 | $1,242.50 |
| | | Invoice | 189198 | 02/01/15 | $96.25 |
| | | Invoice | 189984 | 02/28/15 | $6,804.98 |
| | | Invoice | 189986 | 03/01/15 | $386.83 |
| | | Invoice | 192276 | 03/01/15 | $9,931.25 |
| | | Invoice | 192277 | 03/01/15 | $96.25 |
| | | Invoice | 193245 | 03/31/15 | $3,568.05 |
| | | Invoice | 195704 | 04/01/15 | $8.75 |
| | | Invoice | 195705 | 04/30/15 | $96.25 |
| | | Invoice | 196363 | 04/30/15 | $92.08 |
| | | Invoice | 196664 | 04/30/15 | $6,893.97 |
| | | Invoice | 196666 | 04/30/15 | $417.75 |
| | | Invoice | 199048 | 05/01/15 | $9,584.66 |
| | | Invoice | 199049 | 05/01/15 | $93.15 |
| | | Invoice | 200231 | 05/31/15 | $7,242.52 |
| | | Invoice | 200232 | 05/31/15 | $3.10 |
| | | Invoice | 200234 | 05/31/15 | $74.00 |
| | | Invoice | 203216 | 06/30/15 | $5.25 |
| | | Invoice | 203217 | 06/30/15 | $33.25 |
| | | Invoice | 203539 | 06/30/15 | $2,297.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Invoice | 206163 | 07/01/15 | $122.50 | |
| | | Invoice | 206807 | 07/30/15 | $14.11 | |
| | | Invoice | 207155 | 07/31/15 | $7,473.25 | |
| | | Invoice | 209655 | 08/01/15 | $122.50 | |
| | | Invoice | 210674 | 08/31/15 | $6,615.29 | |
| | | Invoice | 206163 | 08/31/15 | $308.37 | $87,813.50 |
| 000323 / 000000 | UH Ahuja Medical Center | Invoice | 210677 | 08/31/15 | $1,844.88 | $1,844.88 |
| 000324 / 000000 | UH Seidman Cancer Center | Invoice | 145705 | 07/31/13 | $6.55 | |
| | | Invoice | 154315 | 12/31/13 | $35.45 | |
| | | Invoice | 186103 | 01/01/15 | $3,281.25 | |
| | | Invoice | 186980 | 01/31/15 | $265.31 | |
| | | Invoice | 189988 | 02/28/15 | $226.37 | |
| | | Invoice | 192279 | 03/01/15 | $3,281.25 | |
| | | Invoice | 196668 | 04/30/15 | $264.34 | |
| | | Invoice | 199051 | 05/01/15 | $3,175.40 | |
| | | Invoice | 200235 | 05/31/15 | $337.97 | |
| | | Invoice | 207159 | 07/31/15 | $308.82 | |
| | | Invoice | 210678 | 08/31/15 | $283.59 | $ 11,466.30 |
| 001145 / 000000 | UH Solon Health Center | Invoice | 117204 | 05/31/13 | $0.47 | |
| | | Invoice | 147634 | 08/31/13 | $4.28 | |
| | | Invoice | 151127 | 10/31/13 | $2.86 | |
| | | Invoice | 158864 | 02/28/14 | $108.00 | |
| | | Invoice | 160069 | 03/01/14 | $43.75 | |
| | | Invoice | 165061 | 05/16/14 | $26.89 | |
| | | Invoice | 184573 | 12/31/14 | $257.00 | |
| | | Invoice | 187618 | 01/31/15 | $518.00 | |
| | | Invoice | 189377 | 02/01/15 | $542.50 | |
| | | Invoice | 190560 | 02/28/15 | $148.00 | |
| | | Invoice | 192461 | 03/01/15 | $542.50 | |
| | | Invoice | 193952 | 03/31/15 | $370.00 | |
| | | Invoice | 195888 | 04/01/15 | $542.50 | |
| | | Invoice | 197227 | 04/30/15 | $409.00 | |
| | | Invoice | 199234 | 05/01/15 | $525.00 | |
| | | Invoice | 200956 | 05/31/15 | $831.50 | |
| | | Invoice | 202857 | 06/01/15 | $542.50 | |

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice | 204233 | 06/30/15 | $370.00 |
| | | Invoice | 206350 | 07/01/15 | $542.50 |
| | | Invoice | 207827 | 07/31/15 | $518.00 |
| | | Invoice | 211333 | 08/31/15 | $296.00 | $ 7,141.25 |
| 001147 / 000000 | UH Rehab Hospital | | | | |
| | | Invoice | 149262 | 09/30/13 | $69.61 |
| | | Invoice | 152773 | 11/30/13 | $10.81 |
| | | Invoice | 190561 | 02/28/15 | $161.08 |
| | | Invoice | 197338 | 04/30/15 | $194.63 |
| | | Invoice | 211334 | 08/31/15 | $119.52 | $555.65 |
| 001451 / 000000 | University Hospitals | | | | |
| | | Invoice | 161175 | 03/31/14 | $6.00 |
| | | Invoice | 170315 | 07/31/14 | $522.98 |
| | | Invoice | 187846 | 01/31/15 | $542.26 |
| | | Invoice | 190763 | 02/28/15 | $1,935.80 |
| | | Invoice | 194169 | 03/31/15 | $1,022.00 |
| | | Invoice | 196364 | 04/30/15 | $147.00 |
| | | Invoice | 197543 | 04/30/15 | $2,104.24 |
| | | Invoice | 199291 | 05/01/15 | $50.81 |
| | | Invoice | 201107 | 05/31/15 | $2,036.13 |
| | | Invoice | 208904 | 07/31/15 | $2,348.42 |
| | | Invoice | 211541 | 08/31/15 | $1,543.38 | $12,259.02 |
| 001452 / 000000 | University Hospitals | | | | |
| | | Invoice | 190764 | 02/28/15 | $532.00 |
| | | Invoice | 194170 | 03/31/15 | $419.52 |
| | | Invoice | 197544 | 04/30/15 | $456.00 |
| | | Invoice | 201208 | 05/31/15 | $570.00 |
| | | Invoice | 204451 | 06/30/15 | $418.00 |
| | | Invoice | 208905 | 07/31/15 | $581.59 |
| | | Invoice | 211542 | 08/31/15 | $456.00 | $3,433.11 |
| 001453 / 000000 | University Hospitals | | | | |
| | | Invoice | 187848 | 01/31/15 | $28.25 |
| | | Invoice | 190765 | 02/28/15 | $608.00 |
| | | Invoice | 194171 | 03/31/15 | $732.07 |
| | | Invoice | 197545 | 04/30/15 | $811.21 |
| | | Invoice | 201209 | 05/31/15 | $642.68 |
| | | Invoice | 204452 | 06/30/15 | $648.37 |
| | | Invoice | 208906 | 07/31/15 | $1,199.03 |
| | | Invoice | 211543 | 08/31/15 | $1,026.00 | $5,695.61 |
| | | | | | $318,534.68 |