# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** ) | CASE NO.  1:15-cv-02234-DAP |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **COMPREHENSIVE WASTE STREAM,** ) | |
| **CONSULTING LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

During the June 7, 2016, Case Management Conference (the "CMC"), which Gary McDermott failed to attend, the Court ordered both Gary McDermott and the attorney who advised him not to attend the CMC to appear for a Show Cause Hearing on June 8, 2016.

At the June 8 Show Cause Hearing, Gary McDermott appeared and represented under oath that attorney John McDermott had advised him that he need not attend the CMC.  However, attorney John McDermott was not present at the Hearing, as ordered.

Accordingly, John McDermott, Esq. is ordered to appear at 10:00 a.m. on June 9, 2016, in Courtroom 18B.  Failure to so appear will result in the issuance of a bench warrant.

IT IS SO ORDERED.

*/s/ Dan A. Polster    June 8, 2016*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**